**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARGARITO** | : | |
| **CARDOSO-SACRAMENTO,** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | **Civ. No. 26-3466** |
| | : | |
| **J.L. JAMISON,** *et al.*, | : | |
| Respondents. | : | |

## O R D E R

**AND NOW**, this 2nd day of June, 2026, it is hereby **ORDERED** that Respondents

**SHALL** respond to Petitioner's Motion to Enforce Judgment (Doc. No. 6) **no later than** **Monday,**

**June 8, 2026, at 12:00 p.m.**

                                        **AND IT IS SO ORDERED.**


                                    */s/ Paul S. Diamond*

                                  _____

                                  Paul S. Diamond, J.